COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | In re Lockwood Vehicle Storage LLC and Christopher Hernandez |
| Appellate case number: | 01-22-00053-CV |
| Trial court case number: | 2018-24943 |
| Trial court: | 11th District Court of Harris County |

On January 27, 2022, relators, Lockwood Vehicle Storage LLC and Christopher Hernandez, filed a petition for writ of mandamus challenging the trial court's January 24, 2022 order denying relators' Motion for Reconsideration of Motions to Strike Counter-Affidavits, as well as the three trial court orders denying the counter-affidavits made subject of the motion for reconsideration, including the trial court's: (1) January 7, 2019 order striking the counter-affidavit of Susan K. Smith, DNP, RN, CEN, CCRN, CNLCP, (2) July 9, 2019 order striking the counter-affidavit of Timothy J. Pileggi, and (3) June 8, 2020 order striking the counter-affidavit of Paul Marcus Murphy.

In their petition for writ of mandamus, relators state that they "also seek emergency stay of the underlying proceeding which is assigned for trial on February 8, 2022." Relators state that "[g]iven the fact that trial is scheduled to begin on February 8, 2022," a stay of all trial court proceedings is necessary "until such a time as this [p]etition is ruled upon."

To the extent relators request a stay of trial court proceedings, such a request is **denied**. *See* TEX. R. APP. P. 52.10(a) (discussing requirements for party seeking temporary relief pending action on petition).

Further, the Court requests a response to the petition for a writ of mandamus from real party(ies) in interest. The response if any, is due no later than **fifteen days** from the date of this order.

It is so ORDERED.

Judge's signature: __/s/ Amparo Guerra_____
                          ☑ Acting individually    ☐ Acting for the Court

Date: __January 28, 2022_____